# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | JUSTIN D. & NATALIE M. BARNES |
| **Case Number:** | 2:10-BK-07751-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 07, 2010 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA MORGAN |

### Matter:

MOTION FOR RELIEF FROM STAY RE: 16413 WEST REMUDA DRIVE, SURPRISE, AZ 85387, (AZ-10-25075) FILED BY MATTHEW A. SILVERMAN OF MCCARTHY HOLTHUS LEVINE ON BEHALF OF AURORA LOAN SERVICES, LLC, ITS ASSIGNEES AND/OR SUCCESSORS . ( HARRY LENABURG BY TELEPHONE)

**R / M #:** 24 / 0

### Appearances:

JESSICA KENNEY, ATTORNEY FOR AURORA LOAN SERVICES
HARRY LENABURG, ATTORNEY FOR DEBTORS

### Proceedings:

Mr. Lenaburg advises Debtors' are withdrawing the objection.

COURT: IT IS ORDERED GRANTING THE MOTION FOR RELIEF FROM STAY RE: 16413 WEST REMUDA DRIVE, SURPRISE, AZ 85387, (AZ-10-25075) FILED BY MATTHEW A. SILVERMAN OF MCCARTHY HOLTHUS LEVINE ON BEHALF OF AURORA LOAN SERVICES, LLC, ITS ASSIGNEES AND/OR SUCCESSORS .