| | |
|---|---|
| 1 | Matthew A. Silverman (018919) |
| 2 | Jessica R. Kenney (026615) |
| | **McCarthy ◆ Holthus ◆ Levine** |
| 3 | 8502 E. Via de Ventura, Suite 200 |
| | Scottsdale, AZ 85258 |
| 4 | (602) 230-8726 |
| 5 | |
| | Attorney for: Secured Creditor, |
| 6 | Aurora Loan Services LLC, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:10-bk-07751-CGC |
| | ) |
| | ) Chapter 13 |
| Justin Barnes, Natalie Barnes, | ) |
| | ) |
| Debtors. | ) **NOTICE OF LODGEMENT / PROOF OF** |
| _____ | ) **SERVICE OF ORDER TERMINATING** |
| Aurora Loan Services LLC, its assignees | ) **AUTOMATIC STAY** |
| and/or successors, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| Justin Barnes, Natalie Barnes, Debtors; and | ) |
| Edward J. Maney, Chapter 13 Trustee, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |
| _____ | ) |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

///

///

///

File No. AZ-10-25075    1    Case No. 2:10-bk-07751-CGC
Proof of Service of Order Terminating Automatic Stay

Case 2:10-bk-07751-CGC    Doc 29    Filed 10/18/10    Entered 10/18/10 16:45:10    Desc
Main Document    Page 1 of 4

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Movant its assignees and/or successors in interest, has |
| 2 | |
| 3 | lodged with the Court an Order. A true and correct copy of the Order is attached hereto as |
| 4 | Exhibit "1". |

Respectfully submitted,

**McCarthy & Holthus, LLP**

Dated: October 18, 2010          By:   /s/ Jessica R. Kenney
                                       Jessica R. Kenney, Esq.
                                       Attorney for Secured Creditor

| | |
|---|---|
| 1 | |
| 2 | On 10/18/2010, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program: |
| 3 | |
| 4 | |
| 5 | COUNSEL FOR DEBTORS |
| 6 | Joseph W. Charles<br>LawOffice@JoeCharles.com |
| 7 | |
| 8 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |

On 10/18/2010, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Joseph W. Charles
LawOffice@JoeCharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Darco Turcu
Darco Turcu

On 10/18/2010, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTORS
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311

DEBTORS
Justin Barnes
16413 West Remuda Drive
Surprise, AZ 85387

Natalie Barnes
16413 West Remuda Drive
Surprise, AZ 85387

File No. AZ-10-25075   3   Case No. 2:10-bk-07751-CGC
Proof of Service of Order Terminating Automatic Stay
Case 2:10-bk-07751-CGC   Doc 29   Filed 10/18/10   Entered 10/18/10 16:45:10   Desc
Main Document   Page 3 of 4

| | |
|---|---|
| 1 | TRUSTEE |
| 2 | Edward J. Maney |
|   | P.O. Box 10434 |
| 3 | Phoenix, AZ 85064 |
| 4 | SPECIAL NOTICE |
| 5 | HSBC Bank Nevada, N.A. |
|   | c/o Patti H Bass |
| 6 | 3936 East Fort Lowell Road, Suite #200 |
| 7 | Tucson, AZ 85712 |
| 8 | Green Tree |
|   | Attn: Managing Agent |
| 9 | P.O. Box 6172 |
| 10 | Rapid City, SD 57709 |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                      /s/ David Fry
                                                      David Fry