# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10−bk−07751−CGC

**JUSTIN D. BARNES**  Chapter: 13
16413 W. REMUDA DR.
SURPRISE, AZ 85387
**SSAN:** xxx−xx−5981
**EIN:**

NATALIE M. BARNES
16413 W. REMUDA DR.
SURPRISE, AZ 85387
**SSAN:** xxx−xx−5056
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on October 28, 2010, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: October 28, 2010**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: rossp              Page 1 of 1                Date Rcvd: Oct 28, 2010
Case: 10-07751                 Form ID: ntcntry         Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 30, 2010.
db/jdb     +JUSTIN D. BARNES,   NATALIE M. BARNES,   16413 W. REMUDA DR.,   SURPRISE, AZ 85387-6876

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2010**                             **Signature:**   _Joseph Speetjens_

Case 2:10-bk-07751-CGC    Doc 32    Filed 10/28/10    Entered 10/30/10 22:23:07    Desc
Imaged Certificate of Service    Page 2 of 2