**SO ORDERED.**

**Dated: October 27, 2010**

_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**

Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
(602) 230-8726

Attorneys for Movant,
Aurora Loan Services LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

In re:

Justin Barnes, Natalie Barnes,

        Debtors.

_____

Aurora Loan Services LLC, its assignees and/or successors,

        Movant,

  v.

Justin Barnes, Natalie Barnes, Debtors; and Edward J. Maney, Chapter 13 Trustee,

        Respondents.

In Proceedings Under

Chapter 13

Case No. 2:10-bk-07751-CGC

**ORDER TERMINATING AUTOMATIC STAY**

    Aurora Loan Services LLC ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

File No. AZ-10-25075                   1               Case No. 2:10-bk-07751-CGC
                                                                       Order Terminating Automatic Stay

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 16413 West Remuda Drive, Surprise, AZ 85387, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: rossp          Page 1 of 1          Date Rcvd: Oct 28, 2010
Case: 10-07751                Form ID: pdf004      Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 30, 2010.
db/jdb      +JUSTIN D. BARNES,    NATALIE M. BARNES,    16413 W. REMUDA DR.,    SURPRISE, AZ 85387-6876

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 30, 2010**                           Signature:  *Joseph Speetjens*